UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LINDA B. PHILPOT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PEACH STATE HEALTH PLAN,<br><br>　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:20-CV-1760-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash Jr., United States District Judge, for consideration of the Magistrate Judge's report and recommendation and defendant's motion to dismiss, and the court having adopted the report and recommendation and granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 5th day of January, 2022.

　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　__Velma Shanks_____
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 5, 2022
Kevin P. Weimer
Clerk of Court

By:　__Velma Shanks_____
　　　　Deputy Clerk